UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAWRENCE VALENTINE,

Petitioner,

v.

STATE OF NEVADA, et al.,

Respondents.

Case No. 2:17-cv-02032-JAD-PAL

**ORDER DISMISING CASE**

The court instructed petitioner to file a petition for a writ of habeas corpus within 60 days from the date of the decision of the court of appeals. ECF No. 27. On April 25, 2018, in case 17-17335, the court of appeals affirmed this court's decision to deny preliminary injunctive relief. On April 26, 2018, in case 18-70296, the court of appeals denied petitioner's petition for a writ of mandamus. Petitioner has not filed a petition for a writ of habeas corpus in this court within the allotted time. Accordingly, the court dismisses the action for failure to comply with the court's order. And because reasonable jurists would not find the court's decision to be debatable or wrong, the court will not issue a certificate of appealability.

IT THEREFORE IS ORDERED that this action is **DISMISSED** for petitioner's failure to file a petition for a writ of habeas corpus. The clerk of the court is directed to ENTER JUDGMENT accordingly and close this case. A certificate of appealability will not issue.

Dated August 7, 2018

_____
JENNIFER A. DORSEY
United States District Judge